PERKINSCOIe

1155 Avenue of the Americas  
22nd Floor  
New York, NY 10036-2711

T +1.212.262.6900  
F +1.212.977.1649  
PerkinsCoie.com

August 3, 2022

Dennis C. Hopkins  
DHopkins@perkinscoie.com  
D. +1.212.262.6916  
F. +1.212.977.1646

<u>VIA ECF</u>

Honorable Ronnie Abrams  
United States District Court  
Southern District of New York  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re:   *Mairoby Hernandez, individually and on behalf of all others similarly situated v. Dot's Pretzels, LLC*  
**Case No. 22-CV-5666 (RA)**

**Defendant Dot's Pretzels, LLC.'s Request for Extension of Time to Respond to the Complaint**

Dear Judge Abrams:

We represent Defendant Dot's Pretzels, LLC. ("Defendant") in the above-referenced action. We write to request an extension of time to respond to the Complaint in this action until September 9, 2022. The current date by which a response to the Complaint is due is August 11, 2022. Defendant needs additional time to investigate the allegations of the Complaint and has conferred with counsel for the plaintiff, who consents to this request. Defendant has made no previous request for an extension in this matter.

Thank you for your consideration.

Very truly yours,

*/s/ Dennis Hopkins*  
Dennis Hopkins

DCH:llm

cc:   All Counsel of Record (via ECF)

Application granted.

SO ORDERED.

_____  
Hon. Ronnie Abrams  
08/04/2022

Perkins Coie LLP